UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

ISAAC ESTRADA GUILLEN,
Defendant.

Case No.: CV 14-00115 DDP
(CR 07-01172 DDP)

FILED
CLERK, U.S. DISTRICT COURT
APR 16 2014
4-16-14
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## NOTICE OF CHANGE OF ADDRESS

The RESPONDENT, ISAAC ESTRADA GUILLEN, in proper person, respectfully submits this notice of change of address in the above styled cause, EFFECTIVE 2-21-14.

From: JACKSON CORRECTIONAL INSTITUTION
5563 10TH STREET
MALONE, FL 32445

To: WALTON CORRECTIONAL INSTITUTION
691 INSTITUTION ROAD
DEFUNIAK SPRINGS, FL 32433

DATED 2-27-14

Walton Correctional Institution
691 Institution Road
DeFuniak Springs, Florida 32433

## UNNOTARIZED OATH

**UNDER PENALTIES OF PERJURY**, I declare that I have read the foregoing and that the facts and matters stated in it are true and correct.

On this __27TH__ day of __FEBRUARY__, 20__14__.

_____ISAAC GUILLEN_____, pro se, DC# _135792_

## CERTIFICATE OF SERVICE — CHANGE OF ADDRESS

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been Served to:
KEVIN LALLY AUSA
U.S. ATTORNEY - CENTRAL DIST. OF CALIF
312 N. SPRING STREET
LOS ANGELES, CA 90012

by placing the motion into the hands of prison officials for delivery via prepaid first class U.S. Mail on this __27TH__ day of __FEBRUARY__, 20__14__.

_____ISAAC GUILLEN_____ / DC# _135792_
Walton Correctional Institution
691 Institution Rd.
DeFuniak Springs, FL 32433-1850

Provided to Walton CI
On 2-27-14 for Mailing
Date
Inmate's Initials: _IG_

2